IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–38-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| TODD SEAN FRANKLIN, | |
| Defendant. | |

The United States moves to dismiss the pending revocation petition (Doc. 92) and quash the arrest warrant (Doc. 93) for Todd Sean Franklin. Franklin is now in compliance with his conditions of release. Accordingly,

IT IS ORDERED that the pending revocation petition (Doc. 92) is DISMISSED, and the arrest warrant (Doc. 93) is QUASHED in the above-captioned case.

DATED this 4th day of October, 2022.

_____
Donald W. Molloy, District Judge
United States District Court