IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-38-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| TODD SEAN FRANKLIN, | |
| Defendant. | |

On December 16, 2025, Defendant Todd Sean Franklin moved for an order appointing Benjamin M. Darrow as counsel of record to represent Franklin in requesting early termination of his supervised release. (Doc. 120.) This motion references a CJA-23 Financial Affidavit completed by Franklin, signed, and filed separately. (*Id.* at ¶ 6.) As of the date of this Order, Franklin's CJA-23 Financial Affidavit has not been filed.

Accordingly, IT IS ORDERED that Franklin's CJA-23 Financial Affidavit must be filed on or before January 9, 2026.

DATED this 5a day of January, 2026.

_____
Donald W. Molloy, District Judge
United States District Court